UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------
ANGELO SAVAGE,

                                  Plaintiff,

    v.                                                                9:05-CV-0857
                                                                                      (GLS)(GHL)

R. BRUE, Nurse; D.C. PEPPIN, Nurse,

                                  Defendants.
------------------------------------------------------------------------
APPEARANCES:

ANGELO SAVAGE
Plaintiff, *pro se*
03-A-3717
Franklin Correctional Facility
PO Box 10
Malone, NY 12953

GEORGE H. LOWE, U.S. MAGISTRATE JUDGE

## **ORDER**

      Presently before the Court is an application to proceed *in forma pauperis* filed by Angelo Savage ("Savage") in compliance with the Order issued by Judge Sharpe on July 22, 2005.

      After review of Plaintiff's *in forma pauperis* application, the Court finds that the Plaintiff may properly proceed with this matter *in forma pauperis*.

      WHEREFORE, it is hereby

      ORDERED, that Plaintiff's *in forma pauperis* application is granted.[1]  The Clerk shall issue Summonses and forward them, along with copies of the Complaint, to the United States Marshal for service upon the named Defendants.  The Clerk shall forward a copy of the Summons and Complaint by mail to the Office of the New York State Attorney General, together

---

[1] Plaintiff should note that although the application to proceed *in forma pauperis* has been granted, Plaintiff will still be required to pay fees that he may incur in this action, including copying and/or witness fees.

with a copy of this Order, and it is further

ORDERED, that the Clerk provide the Superintendent of the facility, designated by Plaintiff as his current location, with a copy of Plaintiff's authorization form, and notify the official that this action has been filed and that Plaintiff is required to pay the entire statutory filing fee of $150.00 pursuant to 28 U.S.C. § 1915, and it is further

ORDERED, that the Clerk provide a copy of Plaintiff's authorization form to the Financial Deputy of the Clerk's Office in Utica, New York, and it is further

ORDERED, that a response to Plaintiff's Complaint be filed by the Defendants or their counsel as provided for in the Federal Rules of Civil Procedure after service of process on the Defendants, and it is further

ORDERED, that all pleadings, motions and other documents relating to this action be filed with the Clerk of the United States District Court, Northern District of New York, 7th Floor, Federal Building, 100 S. Clinton St., Syracuse, New York 13261-7367.  **<u>Any paper sent by a party to the Court or the Clerk must be accompanied by a certificate showing that a true and correct copy of same was mailed to all opposing parties or their counsel.  Any document received by the Clerk or the Court which does not include a certificate of service showing that a copy was served upon all opposing parties or their attorneys will be returned, without processing.</u>**  Plaintiff must comply with any requests by the Clerk's Office for any documents that are necessary to maintain this action including an original Summons showing a complete title of this action, a civil cover sheet, sufficient copies of completed USM-285 forms and copies of his Complaint (along with any exhibits attached thereto) for service upon the Defendants.  All parties must comply with Local Rule 7.1 of the Northern District of New York in filing motions, which must be returnable before the assigned Magistrate Judge with proper

allowance for notice as required by the Rules.  **Plaintiff is also required to promptly notify the Clerk's Office and all parties or their counsel of any change in Plaintiff's address; his failure to do same will result in the dismissal of this action.** All motions will be decided on submitted papers without oral argument unless otherwise ordered by the Court, and it is further

ORDERED, that the Clerk serve a copy of this Order on the Plaintiff by regular mail.

IT IS SO ORDERED.

Dated:    August 26, 2005

George H. Lowe
United States Magistrate Judge