UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

ANGELO SAVAGE,

                                        Plaintiff,

           **-v.-**

                                        Civil Action No.
                                        9:05-cv-857 (GLS/GHL)

BRUE, Nurse and D.C. PEPPIN,
Nurse,

                                        Defendants.
--------------------------------------------------------------------------------

APPEARANCES:                    OF COUNSEL:

**FOR THE PLAINTIFF:**

ANGELO SAVAGE
Plaintiff Pro Se
03-A-3717
Washington Correctional Facility
Box 180
72 Lock 11 Lane
Comstock, New York 12821

**FOR THE RESPONDENT:**

HON. ANDREW M. CUOMO            MARIA MORAN, ESQ.
Attorney General for the State  Assistant Attorney General
   of New York
Attorney for Defendant
615 Erie Boulevard West
Suite 102
Syracuse, New York 13204-2455

GARY L. SHARPE,
U.S. DISTRICT JUDGE

## **ORDER**

The above-captioned matter comes to this court following a Report-Recommendation by Magistrate Judge George H. Lowe, duly filed September 19, 2007.   Following ten days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED, that the Report-Recommendation of Magistrate Judge George H. Lowe filed September 19, 2007 is ACCEPTED in its entirety for the reasons state therein, and it is further

ORDERED, that the defendants motion for summary judgment (Dkt. No. 46) is GRANTED, and it is further

ORDERED, that the Clerk of the Court is to enter judgment in favor of the Defendants and close this case.

IT IS SO ORDERED

Dated:     October 18, 2007
           Albany, New York

Gary L. Sharpe
U.S. District Judge